# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH E. DILTS, ) | No. 10 C 50128 |
| Plaintiff, ) | |
| ) | Honorable Frederick J. Kapala |
| v. ) | Judge Presiding |
| ) | |
| NEDRA CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Joseph E. Dilts, by his attorney, James W. Mertes and the Defendants, Nedra Chandler, Becky Williams and Mitch Blackert, by their attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

_____     Date: 4-9-14
Joseph E. Dilts, N-98801, Plaintiff

_____     _____
James W. Mertes                     James P. Doran
Counsel for Plaintiff               Assistant Attorney General
Mertes & Mertes, P.C.               Attorney for Defendants
4015 E. Lincolnway, Ste. D          100 West Randolph Street, 13th Floor
Sterling, Illinois 61081            Chicago, Illinois 60601
(815) 626-1500                      (312) 814-7202

Date:_____         Date: 6/6/14